**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| CARL E. KRIEG, )<br>)<br>               Plaintiff, )<br>v. )<br>)<br>KENT J. WESSINGER; )<br>ROBIN A. WESSINGER; )<br>ADMINISTRATOR OF THE SMALL BUSINESS )<br>ADMINISTRATION, as agency for the )<br>United States of America; ESTATE FISH BAY )<br>OWNERS' ASSOCIATION, LTD.; and SHARON )<br>SCHOENLEBEN, )<br>)<br>               Defendants. )<br>_____) | Civil No.: 2011-00062 |

## ORDER

Before the Court is Robin A. Wessinger's motion to continue the July 13, 2012 conference in this matter due to counsel's "pre-existing and previously scheduled" mediation. It is curious that it took counsel well over two weeks after this conference was scheduled to seek relief for this apparent conflict, on the eve of the conference. The Court will not continue the conference, but will grant the alternative relief requested and allow counsel to attend the conference by telephone. Counsel for the plaintiff had previously requested to attend by telephone, however, as he is off-island, so a conference call must be arranged. Therefore, all counsel shall call the Chambers of the undersigned before 5:00 p.m. on July 12, 2012, to obtain the call-in information.

**Dated:** July 12, 2012       **S\\**_____
                                                          **RUTH MILLER**
                                           **UNITED STATES MAGISTRATE JUDGE**